

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA CR 05-00124(A)-DOC |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) U.S.C. § 3143(a)] |
| FREDDIE LUEVANO, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

B. *nature of current allegations, including multiple uses of illegal drugs and failures to appear for testing/meeting as directed by the Probation Officer; criminal history*

and

C. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

D. *nature of current allegations, including multiple uses of illegal drugs and failures to appear for testing/meeting as directed by the Probation Officer; criminal history*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: April 18, 2018

JOHN D. EARLY
United States Magistrate Judge