

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. FREDDIE LUEVANO, DEFENDANT(S). | CASE NUMBER 8:05-cr-00124(A)-DOC <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>JULY 22</u>, <u>2019</u>, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>JOHN D. EARLY</u>, in Courtroom <u>6A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: July 19, 2019

U.S. ~~District Judge~~/Magistrate Judge